| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO: | FOR COURT USE ONLY |
|---|---|---|
| THOMAS P. RILEY, ESQ., Bar No.: 194706<br>THOMAS P. RILEY, LAW OFFICES OF<br>1114 FREMONT AVENUE<br>SOUTH PASADENA, CA  91030 | (626) 799-9797<br>tprlaw@att.net | |
| ATTORNEY FOR (Name):    PLAINTIFF | Ref. No. or File No.<br>SHEPHERDS INN 5-27-06 | |

Insert name of court, judicial district or branch court, if any:
UNITED STATES DISTRICT COURT
EASTERN DISTRICT, FRESNO DIVISION
1130 O STREET, SUITE 5000
FRESNO, CA  93721

PLAINTIFF/PETITIONER
JOE HAND PROMOTIONS, INC.,

DEFENDANT/RESPONDENT
JANET NADEEN STONE

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER |
|---|---|---|---|---|
| | | | | 1:09 CV 00296 AWI GSA |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the

   SUMMONS IN A CIVIL CASE, COMPLAINT; CIVIL COVER SHEET; CERTIFICATION AS TO INTERESTED PARTIES; ORDER SETTING MANDATORY SCHEDULING CONFERENCE

3. a. Party served:       RUSSELL STONE A/K/A RUSSELL B. STONE, INDIVIDUALLY AND D/B/A SHEPHERDS INN

4. Address where the party was served:   935 SANTA FE AVENUE
   (Business)    FRESNO, CA  93721

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party on:   March 3, 2009 at: 12:40 pm
   under the following Code of Civil Procedure section :
       SERVICE MADE PURSUANT TO FRCP 4(e)(2)

7. **Person who served papers**
   a. D. MABRY
   b. ABSOLUTE SERVICE OF LOS ANGELES
      1301 WEST SECOND STREET, SUITE 208
      LOS ANGELES, CA 90026
   c. (213) 481-7334

   d. **The fee** for service was:  $45.00
   e. I am: (3) registered process server.
      (i) independent contractor
      (ii) Registration No.: S200610000003
      (iii) County: FRESNO

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: March 12, 2009

_D. Mabry_
D. MABRY

Judicial Council form POS-010 Rev. 01/01/07          **PROOF OF SERVICE**          P15805-3/asgenp