Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Joe Hand Promotions, Inc.



FILED
APR 15 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | Case No. CV 09-00296 AWI-GSA |
| PLAINTIFF, | STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS SANTA FE HOTEL, INC., JANET NADEEN STONE, RUSSELL STONE, STEPHEN STONE, AND CLAUDIA STONE, INDIVIDUALLY AND D/B/A THE SHEPHARDS INN |
| VS. | |
| JANET NADEEN STONE, ET AL., | |
| DEFENDANTS. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff JOE HAND PROMOTIONS, INC. and Defendants SANTA FE HOTEL, INC., JANET NADEEN STONE, RUSSELL STONE, STEPHEN STONE, AND CLAUDIA STONE, individually and d/b/a THE SHEPHARDS INN, that the above-entitled action is hereby dismissed **with prejudice.**

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

///
///
///
///

STIPULATION OF DISMISSAL
CASE NO. CV 09-00296 AWI-GSA

| | | |
|---|---|---|
| 1 | Dated: April 9, 2009 | /s/ Thomas P. Riley |
| 2 | | **LAW OFFICES OF THOMAS P. RILEY, P.C.** |
| | | By: Thomas P. Riley |
| 3 | | Attorneys for Plaintiff |
| | | JOE HAND PROMOTIONS, INC. |

Dated: April 9, 2009        /s/ W. Scott Quinlan
                            **W. SCOTT QUINLAN**
                            By: W. Scott Quinlan, Esquire
                            Attorneys for Defendants
                            Santa Fe Hotel, Inc.
                            Janet Nadeen Stone, Russell Stone,
                            Stephen Stone, and Claudia Stone

**IT IS SO ORDERED:**

_____          Dated: 4-15-09
The Honorable Anthony W. Ishii
United States District Court
Eastern District of California

///
///
///
///
///
///
///
///

**STIPULATION OF DISMISSAL**
**CASE NO. CV 09-00296 AWI-GSA**

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On April 14, 2008, I served:

**STIPULATION OF DISMISSAL**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

| | |
|---|---|
| W. Scott Quinlan, Esquire<br>**ATTORNEY AT LAW**<br>2333 Merced Street<br>Fresno, CA 93721 | Attorney for Defendants:<br>Santa Fe Hotel, Inc.<br>Janet Nadeen Stone, Russell Stone,<br>Stephen Stone, and Claudia Stone |

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on April 14, 2008, at South Pasadena, California.

Dated: April 14, 2008        /s/ Maria Baird
                             MARIA BAIRD

STIPULATION OF DISMISSAL
CASE NO. CV 09-00296 AWI-GSA